# United States District Court
## District of Minnesota

*United States Courthouse, Suite 202*
*300 South Fourth Street*
*Minneapolis, MN 55415*

RECEIVED
FEB 1 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

*Richard D. Sletten, Clerk*
*(612) 664-5000*

***Direct Reply To:***
*Sheri Carlson,*
*Financial Billing Technician*
*(612) 664-5016*

July 23, 2001

**RE: Case Name:** USA vs Troy Robin Erickson
**BOP Register No:** 09524-041
**Case Number:** 0:00-CR-00237

**NOTICE OF SPECIAL ASSESSMENT PAID IN FULL**

| | AMOUNT PAID | DATE |
|---|---|---|
| Special Assessment | $100.00 | 6/8/01 |

**Comments:** The balance of the June payment was applied to the special assessment for case number 0:00-CR-00237.

Sincerely,

RICHARD D. SLETTEN, CLERK
UNITED STATES DISTRICT COURT

By: Sheri Carlson
Financial Billing Technician

cc: FRP Coordinator

SCANNED
FEB 2 2007
U.S. DISTRICT COURT MPLS